No. 71–1257. MOORE ET AL. *v.* UNITED STATES, 407 U. S. 910;

No. 71–1270. MCKEE *v.* UNITED STATES, 407 U. S. 910;

No. 71–1280. B. FORMAN CO., INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 407 U. S. 934;

No. 71–1295. WENGER *v.* UNITED STATES, 407 U. S. 920;

No. 71–1307. SAMUELS *v.* UNITED STATES, 407 U. S. 920;

No. 71–1330. KATZ *v.* UNITED STATES, 408 U. S. 923;

No. 71–1379. WATTS *v.* TEAGLE ET AL., 407 U. S. 920;

No. 71–1383. POOLEY *v.* MISSISSIPPI, 408 U. S. 928;

No. 71–1457. MONSANTO CO. *v.* ROHM & HAAS CO., 407 U. S. 934;

No. 71–1466. GORSALITZ *v.* OLIN MATHIESON CHEMICAL CORP., 407 U. S. 921;

No. 71–1549. BLANKNER *v.* CITY OF CHICAGO, 408 U. S. 931;

No. 71–5228. CURRY *v.* TEXAS, 408 U. S. 939;

No. 71–5744. PHELAN *v.* BRIERLEY, WARDEN, 408 U. S. 939;

No. 71–5972. ESGATE *v.* ENGLISH, SHERIFF, 406 U. S. 959;

No. 71–6025. HOOD *v.* BURNETT ET AL., 405 U. S. 1068;

No. 71–6068. STANLEY *v.* TEXAS, 408 U. S. 939;

No. 71–6158. FOGGY *v.* ARIZONA ET AL., 407 U. S. 915;

No. 71–6164. LEVY *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA ET AL., 406 U. S. 916;

No. 71–6183. MATTHEWS *v.* TEXAS, 408 U. S. 940;

No. 71–6210. ANSLEY *v.* GEORGIA, 408 U. S. 929; and

No. 71–6256. ALERS *v.* SUPERIOR COURT OF PUERTO RICO, 406 U. S. 914. Petitions for rehearing denied.